**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-7940**

_____

In Re:  PAUL NAGY,

                                                        Petitioner.

_____

On Petition for Writ of Mandamus. (CA-04-617-5-FL)

_____

Submitted:  March 11, 2005          Decided:  March 24, 2005

_____

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Paul Nagy, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul Nagy has filed a petition for writ of mandamus seeking to have this court direct the district court to rule in an action filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). On December 9, 2004, the district court entered its order dismissing the <u>Bivens</u> action. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>